PAIGE *et al. v.* MAYOR, ETC., OF CITY OF NEW YORK.

*(Supreme Court, General Term, First Department.* November 13, 1891.)

*Kellogg, Rose & Smith,* (*L. Laflin Kellogg,* of counsel,) for appellants. *William H Clark,* (*James C. Carter* and *Austen G. Fox,* of counsel,) for respondent.

INGRAHAM, J. The question presented in this case is the same as that presented in the case of *Breuchaud* v. *Mayor, etc.,* 16 N. Y. Supp. 347. For the reasons stated in affirming the judgment appealed from in that action, the judgment here appealed from is affirmed, with costs. All concur.